UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY COHEN,

                Plaintiff,

          -against-

UNITED STATES OF AMERICA, *et al.*,

                Defendants.

23-CV-8099 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated September 22, 2023, the Court directed Plaintiff, who is incarcerated, to pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or request authorization to proceed *in forma pauperis* ("IFP"). On October 3, 2023, the Clerk's Office received a payment from Plaintiff in the amount of $350.00; Plaintiff did not pay the $52.00 administrative fee. By order dated October 4, 2023, the Court directed the Finance Department of the Clerk's Office to return the $350.00 payment to Plaintiff. On October 11, 2023, the Court received Plaintiff's payment of $52.00.

    Accordingly, the Court directs Plaintiff to resend the $350.00 within 30 days of the date of this order. The Finance Department shall hold the payment of $52.00. Should Plaintiff resubmit the $350.00, the Clerk's Office shall process both payments. If Plaintiff does not resubmit the $350.00, the Court shall issue an order directing the Clerk's Office to return the $52.00 payment.

2

The Clerk of Court is directed to mail a copy of this order to Plaintiff and to Cheryl Sims at 8901 Stone Creek Pl, Apt 302, Pikesville, MD 21208.

SO ORDERED.

Dated:   October 13, 2023
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge