UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY COHEN,

                Plaintiff,

-against-

UNITED STATES OF AMERICA, *et al.*,

                Defendants.

23-CV-8099 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    The Court directs the Finance Department of the Clerk's Office to return the $52.00 duplicate payment to Cheryl Sims at 8901 Stone Creek Pl, Apt 302, Pikesville, MD 21208. The full filing fee of $402.00 has been processed by the Finance Department.

SO ORDERED.

Dated:  October 20, 2023
          New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge