UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **02/12/2024**

JEFFREY COHEN,

                              Plaintiff,

        -against-

UNITED STATES OF AMERICA,

                              Defendant.

23-CV-8099 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action brought

under the Federal Tort Claims Act.

The Clerk of Court is directed to issue a summons as to Defendant United States of

America. Plaintiff is directed to serve the summons and complaint on the United States within 90

days of the issuance of the summons.[1]

If within those 90 days, Plaintiff has not either served the United States, or requested an

extension of time to do so, the Court may dismiss the claims against the United States under

Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of the Court is directed to mail a copy of this Order to *pro se* Plaintiff at the

address listed on ECF.

                              SO ORDERED.

 Dated:    February 12, 2024
           White Plains, New York

                              _____
                              NELSON S. ROMÁN
                              United States District Judge

_____

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a
summons be served within 90 days of the date the complaint is filed, the summons in this case
was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The
Court therefore extends the time to serve until 90 days after the date the summons is issued.