UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY COHEN,

Petitioner,

-against-

UNITED STATES OF AMERICA; WARDEN
L.J. JAMISON,

Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/19/2024

23-CV-8099 (NSR)

ORDER

Nelson S. Román, United States District Judge:

 The Court has reviewed the letter from Plaintiff, filed April 11, 2024 (ECF No.19), regarding effecting service on Defendant United States of America.

 The Court directs Plaintiff to effect service pursuant to Federal Rule of Civil Procedure 4(i). Plaintiff is directed to refer to Fed. R. Civ. P. 4(i):

Rule 4(i): Serving the United States —

 When the "United States" is a defendant, the following procedure must be followed:

1. Hand-delivery to the United States Attorney for the Southern District of New York, Civil Division (86 Chambers Street, New York, NY); OR

2. Hand-delivery to an assistant United States attorney or clerical employee designated by the United States Attorney in a writing filed with the Clerk's Office; OR

3. **Send a copy of the summons and complaint by registered or certified mail addressed to the Civil Process Clerk at the office of the United States Attorney for the Southern District of New York; AND**

4. **Send a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States in Washington, D.C.; AND**

5. **If the complaint challenges the validity of an officer or agency of the United States but that officer or agency is not named as a defendant, send a copy of the summons and complaint by registered or certified mail to the officer or agency.**

Plaintiff is further advised of the three addresses for service pursuant to the above:

- United States Attorney's Office
  Southern District of New York
  86 Chambers Street, Third Floor
  New York, New York 10007

- Attorney General of the United States
  950 Pennsylvania Avenue, N.W.
  Washington, D.C. 20530-2000

- Colette S. Peters, BOP Director
  320 First Street, N.W.
  Washington, D.C. 20534

    The Clerk of the Court is directed to mail a copy of this memorandum endorsement to *pro se* Plaintiff and to show service on the docket.

Dated: April 19, 2024
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE