USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY COHEN,

                          Plaintiff,

-against-

UNITED STATES OF AMERICA,

                          Defendant.

23-CV-8099 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

      Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action brought under the Federal Tort Claims Act.

      The Clerk of Court is directed to issue a summons as to Defendant Seven Corners, Inc. Plaintiff is directed to serve the summons and complaint on the Defendant Seven Corners, Inc. within 90 days of the issuance of the summons.[1]

      If within those 90 days, Plaintiff has not either served Defendant Seven Corners, Inc., or requested an extension of time to do so, the Court may dismiss the claims against the Defendant Seven Corners, Inc. under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

The Clerk of the Court is directed to mail a copy of this Order to *pro se* Plaintiff at the address listed on ECF.

Dated: January 7, 2025
       White Plains, New York

                                                            NELSON S. ROMÁN
                                                       United States District Judge