TRULINCS 58021037 - COHEN, JEFFREY BRIAN - Unit: OTV-E-B

---

FROM: 58021037
TO:
SUBJECT: 23-cv-8099 Response to MTD
DATE: 10/31/2024 11:39:38 AM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2025

THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY COHEN,
   Plaintiff/Petitioner,

v.                                                                      Case No. 23-cv-8099 (NSR)

J.L JAMISON, WARDEN, et al.,
   Defendants/Respondent.

PLAINTIFF'S RESPONSE TO THE DEFENDANT UNITED STATES' MOTION TO DISMISS

Plaintiff Jeffrey Cohen, pro se ("Cohen"), hereby responds to the Defendant United States' Motion to Dismiss Claims 3, 6, & 7 of his Second Amended Complaint.

The Government moves to dismiss Claim Nos. 3, 6, & 7 of Cohen's Second Amended Complaint. Since the Government limits their request to dismissal of these three claims, Cohen does not oppose their request. Without concession, Cohen withdraws Claim Nos. 3, 6, & 7 of his Second Amended Complaint against the Defendant United States. Cohen DOES NOT withdraw Claim No. 6 against named Defendant Seven Corners, Inc.

Respectfully submitted on October 31, 2024.

/s/ Jeffrey Cohen

Jeffrey Cohen
58021-037
Plaintiff/Petitioner, pro se
PO Box 1000
Otisville, NY 10963

NOTICE OF SERVICE

I declare that this Response was served on Counsel of Record by way of First Class U.S. Mail, postage prepaid.

/s/ Jeffrey Cohen

---

The Court is in receipt of *pro se* Plaintiff's letter dated October 31, 2024 indicating that he would voluntarily withdraw claims 3, 6, and 7 of the Second Amended Complaint against Defendant United States. Accordingly, the Court GRANTS Defendant United States's motion to dismiss and dismisses claims 3, 6, and 7 of the Second Amended Complaint against Defendant United States. Claims 1, 2, and 5 remain against the United States. Claims 4 and 6 remain against Defendant Seven Corners, Inc. The Clerk of Court is directed to terminate the motion at ECF No. 69 and to mail a copy of this endorsement to *pro se* Plaintiff at his address as it is listed on ECF and show service on the docket.

Dated: May 6, 2025
    White Plains, NY

SO ORDERED:
/s/ Nelson S. Román
NELSON S. ROMÁN
United States District Judge

RECEIVED NOV 07 2024 U.S.D.C. W.P.





58021-037
Jeffrey Cohen
PO BOX 1000
FCI Otisville
Otisville, NY 10963
United States

RECEIVED
NOV 07 2024
U.S.D.C.
W.P.

USDC SDNY
Pro Se Intake Unit
300 Quarropas St.
White Plains, NY 10601

WESTCHESTER NY 105
5 NOV 2024 PM 1 L