**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Jeffrey Cohen,

                              Plaintiff,

                -against-

United States of America et al.,

                             Defendants.
-----------------------------------------------------------------X

23-cv-08099-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On June 16, 2025, Plaintiff moved pursuant to Rule 15(d) of the Federal Rules of Civil Procedure for leave to file a supplemental pleading. (ECF Nos. 103–06). Defendants are directed to submit their opposition papers by no later than July 9, 2025, and ensure they are served upon Plaintiff at his correctional facility by that date. After receiving Defendants' opposition papers, Plaintiff is directed to submit any reply papers by no later than July 23, 2025.

      SO ORDERED.

DATED:    White Plains, New York
                06/18/2025

                                              _____
                                              VICTORIA REZNIK
                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2025