UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Cohen,

                              Plaintiffs,

            -against-

United States of America, et al.,

                             Defendant.
---------------------------------------------------------------X

**ORDER RE DISCOVERY CONFERENCE**

*7:23-cv-8099 NSR-VR*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Discovery Conference (via telephone) is hereby scheduled for **August 20, 2025 at 10:30 am.** The parties are to dial in to the Cisco Webex conference line at **855-244-8681**, enter **Meeting ID 2310 527 2044**, then # to enter the conference. At the Conference, the parties should be prepared to discuss the following: **The issues raised in the Plaintiff's letter at DE#116.**

**Re: Incarcerated Prisoners**

      *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

      **SO ORDERED.**

DATED:    White Plains, New York
                August 7, 2025

                                            _____
                                            VICTORIA REZNIK
                                            United States Magistrate Judge