```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 11/18/2025 _
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Jeffrey Cohen,

                              Plaintiff,

                -against-
United States of America et al.,

                         Defendants.
-------------------------------------------------------------------X

23-cv-08099-NSR-VR

**AMENDED ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On November 17, 2025, this Court issued an order regarding the new deadline for Defendant United States of America (the Government) to respond to a letter submitted by Plaintiff. (ECF No. 139). In that order, the deadline was extended to December 30, 2025, but that deadline was incorrectly calculated based on the standing order issued by Chief Judge Swain (amended on October 2, 2025). (ECF No. 137 at 2–3). If properly calculated, the deadline should have been revised to November 19, 2025, which is tomorrow.

But, in light of the potential confusion caused by this Court's previous order, the Court will provide the Government with a brief extension. The new deadline for the Government to respond to Plaintiff's letter (ECF No. 132) is now **November 26, 2025**.

    **SO ORDERED.**

DATED:    White Plains, New York
           11/18/2025

                                     _____
                                     VICTORIA REZNIK
                                     United States Magistrate Judge