USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __12/17/2025__

7:23-cv-08099-NSR
Cohen v. United States of America et al.
<u>MEMORANDUM ENDORSEMENT</u>

The Court is in receipt of pro se Plaintiff's Request for Preliminary Injunction, received December 10, 2025. The Government is directed to respond to Plaintiff's request by January 16, 2026. The Court also directs pro se Plaintiff to confirm whether Martin Evers, MD  is presently licensed to practice medicine in any state of the U.S. by January 16, 2026.

The Clerk of Court is directed to update the facility name in pro se Plaintiff's address on the docket to FCI Danbury (from FCI Otisville) and to mail a copy of this endorsement to pro se Plaintiff at the updated address on the docket.

SO ORDERED:

Dated: December 17, 2025
White Plains, New York

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE