**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 20, 2026

**By ECF**

**The Case Management Teleconference scheduled for February 27, 2026 is adjourned to April 3, 2026 at 10:00 a.m. To access the teleconference: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855 # and (3) Press # again to enter the teleconference. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the pro se Plaintiff participate via telephone.The Clerk of Court is kindly directed to terminate the motion at ECF No. 167, to mail a copy of this endorsement to pro se Plaintiff, and to show service on the docket.**

The Honorable Nelson Stephen Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

**Date: February 23, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Re:**    *Jeffrey Cohen v. United States, et al., No. 23 Civ. 8099 (NSR)*

Dear Judge Román:

This Office represents the United States of America and Warden J.L. Jamison (collectively, the "Government") in connection with *pro se* plaintiff Jeffrey Cohen's ("Plaintiff") petition for habeas corpus brought pursuant to 28 U.S.C. § 2241 and claims brought pursuant to the Federal Tort Claims Act and the Administrative Procedure Act.  I write respectfully pursuant to Judge Reznik's February 13, 2026 Order, ECF No. 164, directing the parties to contact the Court to request an adjournment of the Case Management Conference scheduled for February 27, 2026.

The Government respectfully requests this adjournment because the completion of fact discovery in this matter has been extended to March 18, 2026.  In light of the foregoing, the Government requests that the Court adjourn the Case Management Conference to a date after the close of fact discovery.

This is the Government's first request for an adjournment. Due to Petitioner's incarcerated status, I have not been able to reach Plaintiff to seek his consent for this request.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Kamika S/ Shaw*
       KAMIKA S. SHAW

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  **2/23/2026**

2

Assistant United States Attorney
86 Chamber Street, 3rd Floor
New York, NY 10007
Tel.:    (212) 637-2768
Email:  Kamika.shaw@usdoj.gov

cc: Jeffrey Cohen
     Reg. No. 58021-037
     FCI Danbury
     33 1/2 Pembroke Station
     Route 37
     Danbury, CT 06811
     *PRO SE*
     (By U.S. Mail)