**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 1, 2026

**By ECF**

The Honorable Nelson Stephen Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

**In light of the parties intention of proceeding with expert discovery, the Govt's request to adjourn the Apr. 3, 2026 Status Teleconf. is GRANTED with pro se Pltf's consent. The Status Conf. is adjourned to Sept. 4, 2026 at 11:00 am. The parties are directed to the dial-in instructions at ECF No. 168. It is the responsibility of counsel for Defts to make prior arrangements with the appropriate facility to have the Pltf participate via telephone. Clerk of Court is requested to terminate the motion at ECF No. 176. and to mail a copy of this Order to pro se Pltf at the address on ECF and show service on the docket.**

**Dated: April 2, 2026**
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

    **Re:**   *Jeffrey Cohen v. United States, et al., No. 23 Civ. 8099 (NSR)*

Dear Judge Román:

      This Office represents the United States of America and Warden J.L. Jamison (collectively, the "Government") in connection with *pro se* plaintiff Jeffrey Cohen's ("Plaintiff") petition for habeas corpus brought pursuant to 28 U.S.C. § 2241 and claims brought pursuant to the Federal Tort Claims Act and the Administrative Procedure Act.  I write respectfully to request an adjournment of the Case Management Conference scheduled for April 3, 2026.

      The Government respectfully requests this adjournment because the parties are in the process of conferring about a revised schedule for expert discovery and believe a conference would be more productive after the parties have completed expert discovery.  In light of the foregoing, the Government requests that the Court adjourn the Case Management Conference to a date after the close of expert discovery.

      This is the Government's second request for an adjournment, and Plaintiff consents.

      I thank the Court for its consideration of this request.

                Respectfully,

                JAY CLAYTON
                United States Attorney for the
                Southern District of New York

By:    */s/ Kamika S/ Shaw*_____
        KAMIKA S. SHAW
        Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/02/2026

86 Chamber Street, 3rd Floor
New York, NY 10007
Tel.:    (212) 637-2768
Email:  Kamika.shaw@usdoj.gov

cc: Jeffrey Cohen
    Reg. No. 58021-037
    FCI Danbury
    33 1/2 Pembroke Station
    Route 37
    Danbury, CT 06811
    *PRO SE*
    (By U.S. Mail)

2