```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 6/18/2026 _
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Jeffrey Cohen,

                               Plaintiff,

                -against-
United States of America et al.,

                             Defendants.
------------------------------------------------------------------X

23-cv-08099-NSR-VR

**AMENDED ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On June 15, 2026, the Government submitted a letter seeking an extension of their time to respond to Plaintiff's motion for leave to amend his complaint. (ECF No. 187). The Government sought to extend their deadline from June 17, 2026, to July 1, 2026. (*Id.*). The Court granted the request in a memo endorsement (ECF No. 188), but the memo endorsement contained an error. The Government's deadline to respond was incorrectly extended to August 1, 2026, instead of July 1, 2026. (*Id.*). And Plaintiff's time to submit reply papers was incorrectly extended to August 8, 2026, instead of July 8, 2026. (*Id.*).

Those errors must be corrected. The Government's deadline to respond to the motion for leave to amend is changed to July 1, 2026, as it requested. Plaintiff's deadline to submit reply papers is changed accordingly to July 8, 2026.

        **SO ORDERED.**

DATED:      White Plains, New York
               06/18/2026

                                     _____
                                       VICTORIA REZNIK
                                       United States Magistrate Judge

1