USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

Jeffrey Cohen,

Plaintiff,

-against-

United States of America et al.,

Defendants.

----------------------------------------------------------------X

23-cv-08099-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

By July 31, 2026, the Government is directed to respond to Plaintiff's letter at ECF No. 201. The Court will separately issue an order scheduling a conference to discuss Plaintiff's pending motion for leave and his request to reopen fact discovery.

**SO ORDERED.**

DATED: White Plains, New York
7/29/2026

VICTORIA REZNIK
United States Magistrate Judge