USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**Cohen,**

Plaintiffs,

-against-

**United States of America,**

Defendant.
---------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:23-cv-8099 NSR-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **August 12, 2026 - 11:30 am**. The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference**. At the Status Conference, the parties should be prepared to discuss the topics raised in ECF No. 201.

**Re: Incarcerated Prisoners**

***Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.***

**SO ORDERED.**

DATED: White Plains, New York
July 29, 2026

VICTORIA REZNIK
United States Magistrate Judge