UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY COHEN,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendants.

7:23-cv-08099 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court hereby adjourns *sine die* the teleconference currently scheduled for September 4, 2026, pending resolution by Magistrate Judge Reznik of Plaintiff's motion for leave to amend and any outstanding discovery issues. The parties are directed to file a joint status update within 10 days of the resolution of those matters.

Dated: August 31, 2026
White Plains, NY

SO ORDERED:



NELSON S. ROMÁN
United States District Judge